# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GELESIS HOLDINGS, INC.<br><br>        Debtor. | Chapter 7<br><br>Case No. 23-11787 (BLS) |
| In re:<br><br>GELESIS, INC.<br><br>        Debtor. | Chapter 7<br><br>Case No. 23-11788 (BLS) |
| In re:<br><br>GELESIS, LLC.<br><br>        Debtor. | Chapter 7<br><br>Case No. 23-11789 (BLS)<br><br>**Objection Date:** January 11, 2024 at 4:00 p.m. ET<br>**Hearing Date:** January 18, 2024 at 2:00 p.m. ET |

## NOTICE OF TRUSTEE'S MOTION FOR ENTRY OF AN ORDER EXTENDING TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 365(D)(1)

**PLEASE TAKE NOTICE** that George L. Miller, the chapter 7 trustee (the "Trustee") of the estates (the "Estates") of the above-captioned debtors (the "Debtors") has filed the *Trustee's Motion for Entry of an Order Extending Time to Assume or Reject Executory Contracts and Unexpired Leases of Personal Property Pursuant to 11 U.S.C. § 365(d)(1)* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, for approval of the Motion must be made in writing and filed on or before **January 11, 2024 at 4:00 p.m. ET** (the "Objection Deadline") with the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon undersigned counsel for the Trustee so as to be actually received by the Objection Deadline.

LEGAL\67418762\3 6010823/00598507

2

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed in accordance with the above procedures, a hearing on the Motion will be held on **January 18, 2024 at 2:00 p.m. ET** before the Honorable Brendan L. Shannon, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.  Only those objections made in writing and timely filed in accordance with the above procedures will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE** if no objections are timely filed in accordance with the above procedures, the undersigned shall file a Certification of No Objection. Upon the filing of the Certification of No Objection, the Court may enter an Order granting the relief requested in the Motion without further notice or a hearing.

Dated:  December 28, 2023

COZEN O'CONNOR

By:    */s/ John T. Carroll, III*
      John T. Carroll, III (DE No. 4060)
      Simon E. Fraser (DE No. 5335)
      1201 N. Market Street
      Suite 1001
      Wilmington, DE  19801
      (302) 295-2000 Phone
      (302) 295-2013 Fax No.
      jcarroll@cozen.com
      sfraser@cozen.com

      David R. Doyle (IL ARDC 6303215)
      (Admitted in IL/Not admitted in DE)
      123 N. Wacker Drive
      Suite 1800
      Chicago, IL  60606
      (312) 474-1648 Phone
      (312) 382-8910 Fax No.
      daviddoyle@cozen.com

      *Proposed Counsel to George L. Miller, Chapter 7 Trustee*