UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

GELESIS HOLDINGS, INC.,

Debtor

) Case No. 23-11787 (BLS)
)
) Chapter 7
)
) (Jointly Administered)
)

FILED 2024 FEB 29 AM 9:25 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICE AND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, each of the undersigned counsel hereby appears on behalf of Joy Bauer Ventures, Inc., and requests copies of all notices, pleadings, orders, and other documents brought before this Court with respect to the above-captioned proceedings, whether formal or informal, be served on Joy Bauer Ventures, Inc as follows:

Joy Bauer Ventures, Inc
Attn: Ian Bauer
85 Park Lane
West Harrison, NY 10604
Telephone: (917) 270-9200

Email: ian@joybauer.com

PLEASE TAKE FURTHER NOTICE that this request includes, without limitation (i) all notices and papers referred to in Bankruptcy Rules 2002, 3017, 9007, 9010 and 1109(b), (ii) all notices of hearings and entry of orders, (iii) every order signed in these cases, and (iv) every pleading or report filed in these cases, including, without limitation, schedules, statements of affairs, operating reports, motions, applications, complaints, demands, requests, petitions, plans of reorganization, disclosure statements answering or reply papers, and memorandum briefs in support of any of the foregoing.

1

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Joy Bauer's (i) right to have final orders in non-core matters entered only after de novo review by a higher court, (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to enforce any contractual provisions with respect to arbitration, or (v) other rights, claims, actions, defenses, setoffs, or recoupments to which Joy Bauer has or may be entitled under agreements, in law, or in equity all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: February 27, 2024

Respectfully submitted

THE NORD GROUP LLP

Ryan Nord
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 620-8187
Facsimile:
Email: ryan@thenordgroup.com

*Counsel to Joy Bauer Ventures, Inc.*

2